# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONI A. DEZINNA,** | : | CIVIL ACTION NO. 1:05-CV-0571 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **JO ANNE B. BARNHART**, | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 2nd day of October, 2006, upon consideration of plaintiff's motion for attorney's fees (Doc. 17), and it appearing that the parties have stipulated (see Doc. 19) to an amount of attorney's fees payable under the Equal Access to Justice Act, see 28 U.S.C. § 2412, it is hereby ORDERED that the motion for attorney's fees (Doc. 17) is DENIED as moot.

```
  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
```